No. 1893. PEOPLE, APPELLEE, *v.* LEBRÓN, APPELLANT. — District Court of Guayama. Violation of the Excise-tax Law.

Decided March 20, 1922. There was no statement of the case or bill of exceptions and the record discloses no fundamental error. *Affirmed.*